1  **ABRAMSON SMITH WALDSMITH, LLP**
   WILLIAM B. SMITH [State Bar #58338]
2  ROBERT J. WALDSMITH [State Bar # 163774]
   JEFFREY R. SMITH [State Bar # 245337]
3  19 Tehama Street, Suite A
4  San Francisco, California 94105
   Telephone:  (415) 421-7995
5  Facsimile:   (415) 421-0912

6  Attorneys for plaintiff T.L., a minor by and
7  through his Guardian Ad Litem, Sarah Lind

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.L., a minor by and through his Guardian Ad Litem, Sarah Lind,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SEGWAY INC. and DOES ONE through TWENTY,<br><br>　　　　　　　　　Defendants. | Case No.:  3:24-cv-01012-JD<br><br>**STIPULATION TO REMAND REMOVED ACTION; ORDER THEREON**<br><br>Removed from Superior Court of Contra Costa County, C23-02568 |

T.L., a minor by and through his Guardian Ad Litem, Sarah Lind (Plaintiff), and SEGWAY INC. (Defendant) stipulate as follows:

1. On October 10, 2023, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of Contra Costa, entitled T.L., a minor by and through his Guardian Ad Litem, Sarah Lind, Plaintiff vs. SEGWAY INC. and DOES ONE through TWENTY, Defendant, as Case Number C23-02568 (the "Action").

2. Defendants acknowledged service of the complaint on or about February 14, 2024.

3. On February 21, 2024, Defendants filed a notice of removal of the Action pursuant to U.S.C. §1441(b) with the United States District Court for the Northern District of California.

4. On February 22, 2024, Defendants completed the removal process by filing a conformed copy of the notice of removal with the Contra Costa County Superior Court

5. After some discussion, the parties have agreed that the Action should be remanded to the Contra Costa County Superior Court.  To that end, the Parties hereby stipulate that the Action be remanded to Contra Costa County Superior Court because there is no Federal jurisdiction due to defendant Segway Inc. recently having its headquarters and principal place of business transferred to 405 E Santa Clara St., Ste. 100, Arcadia CA 910006-7219.  Furthermore, plaintiff is serving California defendant Frys Electronics.

6. The Parties further stipulate that each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of the Action pursuant to this stipulation and order.

DATED:    May 2, 2024            **ABRAMSON SMITH WALDSMITH, LLP**

_____
WILLIAM B. SMITH
Attorneys for Plaintiff T.L., a minor by and through his Guardian Ad Litem, Sarah Lind

DATED:    May 6, 2024            **GORDON REES SCULLY MANSUKHANI, LL**

_____
KEVIN LIU
Attorneys for Defendant Segway, Inc.

**ORDER**

    1. The Parties' stipulation is approved.

    2. Northern District of California case number 3:24-cv-01012-JD styled T.L., a minor by and through his Guardian Ad Litem, Sarah Lind, et al. vs. SEGWAY INC. and DOES ONE through TWENTY, et al. is hereby remanded to Contra Costa County Superior Court.

IT IS SO ORDERED:

Dated:  May 14, 2024



Stipulation To Remand Removed Action; Order Thereon     Case No.: 3:24-cv-01012-JD